# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| DENNIS CHEGWIDDEN | § | |
| | § | |
| V. | § | CASE NO. 4:09cv642 |
| | § | (Judge Schneider/Judge Mazzant) |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY ADMINISTRATION | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 22, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the decision of the Administrative Law Judge be REMANDED.

The Court, having made a *de novo* review of the objections raised by the Commissioner, as well as Plaintiff's response to Defendant's objections, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of the Commissioner are without merit.

Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court. It is therefore

ORDERED that the decision of the Administrative Law Judge is **REMANDED** for further review.

**IT IS SO ORDERED.**

**SIGNED this 11th day of July, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE